**Opinion issued June 27, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00137-CV

————————————

**ALEX MELVIN WADE, JR., Appellant**

**V.**

**TEXAS BOARD OF PARDONS & PAROLES, Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-74171**

---

## MEMORANDUM OPINION

Appellant, Alex Melvin Wade, Jr., has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required

by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). On February 15, 2013, appellant was notified that this appeal was subject to dismissal if the filing fee was not paid by March 1, 2013. After being notified that this appeal was subject to dismissal, appellant requested a 30-day extension to pay the filing fee. This Court granted the request on May 1, 2013, and notified appellant that if he did not pay the required filing fee by May 31, 2013, this appeal would be dismissed for failure to pay the filing fee without further notice. Appellant has not paid the filing fee. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

Appellant has also neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal for want of prosecution if no clerk's record filed due to appellant's fault). The record in this case was originally due on March 25, 2013. Concomitantly with his request for a 30-day extension to pay the filing fee, appellant also requested a

30-day extension to pay for the clerk's record, which this Court granted. This Court ordered that proof that appellant had paid the district clerk for preparation of the clerk's record be filed in this Court by May 31, 2013, or the appeal would be dismissed for want of prosecution without further notice. No proof that appellant has paid for the clerk's record has been filed. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal for want of prosecution).

We dismiss the appeal for failure to pay the filing fee and for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.